UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. No. |
| | : | |
| GUS GARDELLINI, | : | |
| | : | VIOLATION : |
| a/k/a   Carlos Gustavo Gardellini | : | 26 U.S.C. § 7206(1)  Filing False |
| Defendant. | : | Individual Income Tax Return |
| | : | |

## INFORMATION

The United States Attorney for the District of Columbia charges that:

### COUNT ONE

On or about April 15, 1999, in the Northern District of Georgia and elsewhere, GUS GARDELLINI, a citizen of the United States and resident of Belgium, did willfully make and subscribe a U.S. Individual Income Tax Return (Form 1040) for the tax year 1998, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Form 1040 for the tax year 1998, GARDELLINI did not believe to be true and correct as to every material matter, in that the said Form 1040 for the tax year 1998 failed to disclose his signatory authority and control of a foreign bank account, falsely stated that his total income was $16,518, and that the total tax due and owing thereon was $1,436, whereas, as he then well knew and believed, his total income and tax liability was greater than the amounts reported, in that, during 1998, GARDELLINI had received income of approximately $350,000 from the sale of stock, and interest income from foreign bank accounts, which he had failed to report on his 1998 Form 1040.

1

In violation of Title 26, United States Code, Section 7206(1).

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. BAR # 498610


By:   _____
       KAREN E. KELLY
       VA. Bar #35403
       Trial Attorney
       Tax Division
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 616-3864
       Karen.e.Kelly@usdoj.gov