AO 455 (Rev. 5/85)  Waiver of Indictment ●

# United States District Court

———————— DISTRICT OF ———————— **FILED**

UNITED STATES OF AMERICA

v.

Gus Gardellini

**WAIVER OF INDICTMENT**

JAN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-355

I, ___Gus Gardellini_____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ___January 11, 2007_____ prosecution by indictment and consent that the
                          Date

proceeding may be by information rather than by indictment.

X _____
        *Defendant*

_____
*Counsel for Defendant*

Before _____
            *Judicial Officer*