CO-526
(12/86)

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) | Criminal No. |
|  | ) | 06-355. |
| Gus Gardellini | ) |  |

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

x _____
Defendant

_____
Counsel for defendant

I consent: _____
Sp.  Assistant United States Attorney

Approved: _____
Judge Henry H. Kennedy, Jr.
United States District Court