UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr. No. 06-355 (HHK) |
| GUS GARDELLINI, | : | |
| a/k/a Carlos Gustavo Gardellini | : | VIOLATION : |
| Defendant. | : | 26 U.S.C. § 7206(1)  Filing False Individual Income Tax Return |

## STATEMENT OF FACTS

GUS GARDELLINI, also known as Carlos Gustavo Gardellini, is a citizen of the United States. Prior to 1998, GUS GARDELLINI worked as a project coordinator for Esprit Telecom, a telecommunications company headquartered in London, England. As part of his employment compensation, GARDELLINI earned shares in Esprit Telecom. Prior to 1998, GARDELLINI transferred the shares he earned in Esprit Telecom to an offshore account in the name of Gold & Appel Transfer, S.A. which was owned and controlled by his friend, Walter Anderson.

On July 8, 1998, via e-mail communication, GARDELLINI directed Anderson to sell $350,000 shares of GARDELLINI'S Esprit stock, and directed Anderson to wire the proceeds of that sale to GARDELLINI'S offshore bank account maintained at Barclays Bank, Jersey, Channel Islands. On July 9, 1998, Anderson wired the $350,000 from the sale from Anderson's Gold & Appel account to GARDELLINI'S Barclays Bank account pursuant to his request. Although taxable, GARDELLINI wilfully did not report the proceeds from this stock sale on his 1998 U.S. Individual Income Tax Return. He also did not report interest earned in his foreign bank account, or the existence of this foreign bank account maintained at Barclays Bank as required on the Schedule B of his 1998 tax return. GARDELLINI omitted those items from his


GOVERNMENT EXHIBIT 7

return when he prepared it, and signed the 1998 U.S. Individual Income Tax Return under penalties of perjury knowing that it was false.

From 1998 through 2001, GARDELLINI maintained at least three foreign bank accounts which he did not report, as required, on his U.S. Individual Income Tax Returns. GARDELLINI used those foreign accounts to buy and sell additional stock, and for other financial transactions. GARDELLINI did not report on his tax returns the interest income, or capital gains earned through those foreign accounts, although he did report other stock transactions and interest income earned in his domestic accounts.

The total tax loss for this conduct during 1998 through 2001 is $94,116.00.

I, Gus Gardellini, agree that this is an accurate statement of the offense for which I have agreed to plead guilty.

1-11-07
Date

GUS GARDELLINI

2151359.1