UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Cr. No. 06-355 (HHK) |
| GUS GARDELLINI, : | |
| a/k/a Carlos Gustavo Gardellini : | VIOLATION : |
| Defendant. : | 26 U.S.C. § 7206(1) Filing False Individual Income Tax Return |

## BOOK AND RELEASE ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this 11th day of January 2007 **ORDERED**:

3. That defendant, who is released on personal recognizance, be accompanied on January 11, 2007 by Special Agent Thomas Birmingham, IRS, to Precinct 1 D of the Metropolitan Police Department for "routine processing" and that this be a condition of his release.

/s/ Henry Kennedy
Henry H. Kennedy, Jr.
United States District Judge

2152106.1