HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 29 2007

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-355</u> |
| | : | |
| vs. | : | SSN: ( _____ ) |
| | : | |
| GARDELLINI, Gus | : | Disclosure Date: <u>May 21, 2007</u> |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                          _____
Prosecuting Attorney                                      Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

                                              _David Schertler_  6-14-07
_____                          _____
Defendant          Date                                Defense Counsel          Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>June 4, 2007</u>, to U.S. Probation Officer <u>Deborah A. Stevens-Panzer</u>, telephone number <u>(202) 565-1422</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                            Page 2

Mr. Gardellini's correct SSN is [redacted]


Signed by: _David Schertler_
(Defendant/Defense Attorney/AUSA)
Date: 6-13-07