```
                                                                    CO-290
Notice of Appeal Criminal                                         Rev. 3/88
```

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 06-0355(HHK) |
| ) | |
| GUS GARDELLINI ) | |
| ) | |

## NOTICE OF APPEAL

Name and address of appellant        United States of America

Name and address of appellant's attorney    Alan Hechtkopf
                                             Tax Division, CATEPS
                                             United States Department of Justice
                                             601 D Street, N.W. Room 7002
                                             Washington, D.C. 20530

Offense: 26 U.S.C. Section 7206(1) FILING FALSE INDIVIDUAL INCOME TAX RETURNS

Concise statement of judgment or order, giving date, and any sentence

   By Judgment entered on docket on July 17, 2007, defendant was sentenced to 5 years active probation, $15,000 Fine, and $100 special assessment.

Name and institution where now confined, if not on bail:

   I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

 August 15, 2007                           United States
DATE                                       APPELLANT

                                           Alan Hechkopf
CJA, NO FEE _____                         ATTORNEY FOR APPELLANT
PAID USDC FEE _____
PAID USCA FEE _____
Does counsel wish to appear on appeal? Yes/No
Has counsel ordered transcripts? Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No

608.1