# United States District Court for the District of Columbia
**District of Columbia Circuit**
**Washington, D.C. 20001-2866**

## CRIMINAL APPEAL DOCKETING STATEMENT

**Part 1**

1. Criminal Docket Number     06-CR-0355(HHK)

2. Case Name     United States v. Gus Gardellini

3. Appellant's Name     United States of America

3a. Appellant's Defendant No.     N/A

4. Date of Conviction     12/16/06

4a. Date of Sentence     7/17/07

5. Name of District Court Judge     The Honorable Henry H. Kennedy

6. Date Notice of Appeal Filed     08/15/2007

7. of what offenses(s) was defendant convicted?     26 USC 7206(1)

8. Did defendant plead guilty?     Yes

9. What sentence was imposed?     5 years active probation, $15,000 fine, $100 special assessment.

10. How much of the sentence has defendant already served?     Not applicable

11. Is appellant challenging the conviction?     No

12. Is appellant challenging the sentence?     Yes

13. Is defendant currently incarcerated?     no

    If yes, place of incarceration

    If no, address and phone number

14. Has defendant moved for release pending appeal? n/a

    If yes, date filed and disposition

    If no, does defendant intend to file such a motion in the District Court?

15. Will appellant file a motion for release pending appeal in court of appeals?   n/a

16. Did appellant have court appointed trial counsel?   no

17. Does appointed trial counsel wish to petition for appointment as appellate counsel pursuant to the Circuit Plan to Implement the Criminal Justice Act?[1]  no
    If NO, Reason:

18. Did defendant have retained counsel?   Yes

    If yes, will case proceed on appeal with retained counsel?   Unknown

    If no, will defendant seek appointment of counsel on appeal and has defendant filed a motion to proceed in forma pauperis?

**PART II - Transcripts**

1. Has counsel ordered transcripts?        [ ] CJA    [ x PAID

    a. For appeal from conviction?

    b. For sentencing appeal?   Yes

    c. Other:

2. If Yes, when will transcripts be completed?   September 2, 2007

3. Did counsel seek expedited preparation of sentencing transcripts?  No

---

[1] In all appeals of sentences of 8 months or less, trial counsel is required to prosecute the appeal of the sentence.

**Part III - Sentencing Appeals**

Appellant should only complete the following if appellant intends to challenge the sentence imposed.

1. Appellant intends to Challenge District Court's Findings of Relevant Fact   No

2. Appellant Intends to Challenge the District Court's Specific Application of the Guidelines   No

3. Appellant Contends District Court Should Have Applied the following Sentencing Range from Sentencing Table; include also a statement as to which Offense Level and Criminal History Category are correct.

    Court should have sentenced defendant within guideline range as set forth at Offense Level 12; Criminal History Category I; Sentencing Range 10-16 months

4. Appellant intends to Challenge the Validity of the Statute or Guidelines   No

Signature                                                                                      Date   August 15, 2007

Name of Counsel ,Alan Hechtkopf

Firm   Tax Division, United States Department of Justice                    Telephone
                                                                                                         (202) 514-2480

Address   601 D Street, N.W. Room 7002  Washington, D.C. 20530

Counsel for Appellant (Name of Party)   United States of America

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 15th day of August 2007, one copy of the foregoing Government's Docketing Statement was sent by email to counsel for Gus Gardellini, David Dickieson.

_____
KAREN E. KELLY
Trial Attorney Tax Division
601 D. Street NW
Washington, DC 20530
(202) 514-5150